| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HANSEN, David R. | United States District Court Northern District of Iowa | 5/15/91 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge Active | __ Nomination, Date_____ __ Initial  X  Annual  __ Final | 1990 |

| 7. Chambers or Office Address |
|---|
| United States Courthouse Suite 304 - 101 First Street, S.E. Cedar Rapids, IA 52401-1230 |

| IMPORTANT NOTES: *The instructions accompanying this form must be followed.* Complete all parts, checking the NONE box for each section where you have no reportable information. *Sign on last page.* |
|---|

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| ☐ NONE (No reportable positions) | | |

Partner, WIN-GIN Farms, RFD #3, Iowa Falls, Iowa 50126 (farm rental partnershi
(see attached letter of explanation)
President, The Dean Mason L. Ladd Inn of Court, Cedar Rapids, Iowa (left
office 9/1/90)

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS | |
|---|---|---|
| ☐ NONE (No reportable agreements) | | |
| 3/1/71 | David R. Hansen and James B. Lindsay   50-50 | Farm Rental Partnership |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| XX  NONE (No reportable non-investment income) | | |
|  |  | $_____ |
|  |  | $_____ |
|  |  | $_____ |
|  |  | $_____ |
|  |  | $ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | HANSEN, David R. | 5/15/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

NOTE: Any increase in the number of shares in any asset from last

report is due to reinvestment of dividends. With respect to Item 6,

Part VII, I also invest a monthly sum of $50 per month into that

mutual fund for my sons' college education which purchases additional

shares.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _David R. Hansen_                    Date _May 14, 1991_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

**FINANCIAL DISCLOSURE REPORT**

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| AO-10 Rev. 1/91 | | |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HANSEN, David R. | United States District Court Northern District of Iowa | 5/15/91 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge Active | ___ Nomination, Date _____ ___ Initial  X  Annual  ___ Final | 1990 |

**7. Chambers or Office Address**
United States Courthouse
Suite 304 - 101 First Street, S.E.
Cedar Rapids, IA 52401-1230

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* **Complete all parts,** checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

POSITION            NAME OF ORGANIZATION/ENTITY

[ ] NONE (No reportable positions)

Partner, WIN-GIN Farms, RFD #3, Iowa Falls, Iowa 50126 (farm rental partnershi
(see attached letter of explanation)
President, The Dean Mason L. Ladd Inn of Court, Cedar Rapids, Iowa (left
office 9/1/90)

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

DATE                            PARTIES AND TERMS

[ ] NONE (No reportable agreements)

| | | | | Farm Rental |
|---|---|---|---|---|
| 3/1/71 | David R. Hansen and James B. Lindsay | 50-50 | | Partnership |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [XX] NONE (No reportable non-investment income) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | HANSEN, David R. | 5/15/91 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [ ] NONE (No such reportable reimbursements or gifts) | |

1. May 1990 - Free conference registration and two nights lodging provided by
2. the Iowa State Bar Association at the Second Annual Iowa Bench-Bar
3. Conference held at Lake Okoboji, Iowa, for appearing as a panel
4. participant.

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [XX] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| Iowa Falls State Bank Iowa Falls, Iowa 50126 | Mortgage on rental duplex (J) | J |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
           N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>HANSEN, David R. | Date of Report<br>5/15/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical ing individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code¹<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code²<br>(J-P) | (2)<br>Value<br>Method<br>Code³<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy,sell,<br>merger,<br>redemp-<br>tion) | | If not exempt from disclosure | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value²<br>Code²<br>(J-P) | (4)<br>Gain:<br>Code¹<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| | ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| (S) | ¹2504 Shares-Templeton Growth Fund, Inc. | C | DIV<br>CG DIV | K | T | Sold<br>336.027 | 8/90 | J | A | |
| (S) | ²5 Units-Consolidated Capital Limited Ptnrshp | A | INT<br>CG | J | W | | | | | |
| (S) | ³124 Shares - El Paso Electric Company | | | | | Sold<br>124 Sh | 5/90 | J | A | |
| (S) | ⁴1266 Shares-First Investors Tax Exempt Fund | A | DIV | J | T | | | | | |
| (DC) | ⁵1208 Shares RPS Realty Trust (UGTMA) | A | DIV | J | T | | | | | |
| (DC) | ⁶1643 Shares-Washington Mutual Investors Fund | B | DIV<br>CG | K | T | | | | | |
| S) | ⁷1/2 Interest 120-acre farm,RFD3,Iowa Falls,IA | C | Rent<br>P'ship | L | S/W | | | | | |
| S) | ⁸Rental Duplex,610 Hickory, Iowa Falls, IA | C | Rent | K | S/W | | | | | |
| | ⁹Life Insurance Policies Cash Surrender Value | A | None | K | T | | | | | |
| J) | ¹⁰Rental Residence, RFD 3 Iowa Falls, IA 50126 | C | Rent&<br>Sale of<br>Crops | L | S/W | | | | | |
| J) | ¹¹Savings Accounts & CD's Mt. Vernon Bank<br>¹²Mt. Vernon, Iowa | A | INT | J | T | | | | | |
| J) | ¹³Tract 3, Unit 4, Block 48, Rainbow Acres,<br>¹⁴Marion County, Florida | A | None | J | S/W | | | | | |
| | 15 | | | | | | | | | |
| | 16 | | | | | | | | | |
| | 17 | | | | | | | | | |
| | 18 | | | | | | | | | |
| | 19 | | | | | | | | | |
| | 20 | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=more than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | HANSEN, David R. | 5/15/91 |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

NOTE:  Any increase in the number of shares in any asset from last

report is due to reinvestment of dividends.  With respect to Item 6,

Part VII, I also invest a monthly sum of $50 per month into that

mutual fund for my sons' college education which purchases additional

shares.

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature  _David R. Hansen_  Date  __May 14, 1991__

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google